Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-198

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Fastball

## Completion/Publication

**Year of Completion:** 1995
**Date of 1st Publication:** August 15, 2001
**Nation of 1st Publication:** United States

## Author

- **Author:** Jimmy Daly
  **Pseudonym:** Jim Daly
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Jimmy Daly
2355 Bailey Hill Road, Eugene, OR, 97405, United States

## Rights and Permissions

**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Sauro Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** JD2025061902



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-160

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title
 

    **Title of Work:**  Tough Love

## Completion/Publication
 

    **Year of Completion:**  1993
    **Date of 1st Publication:**  February 25, 2013
    **Nation of 1st Publication:**  United States

## Author
 

  •    **Author:**  Jimmy Daly
    **Pseudonym:**  Jim Daly
    **Author Created:**  2-D artwork
    **Citizen of:**  United States
    **Pseudonymous:**  Yes

## Copyright Claimant
 

    **Copyright Claimant:**  Jimmy Daly
    2355 Bailey Hill Road, Eugene, OR, 97405, United States

## Rights and Permissions
 

    **Organization Name:**  Ansada Licensing Group, LLC
    **Name:**  Angela Sauro Davis
    **Address:**  5438 Lockwood Ridge Road #162
    Bradenton, FL 34203 United States

## Certification
 

    **Name:**  David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** JD2025061908



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-158

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:**   The Engineer

## Completion/Publication

**Year of Completion:**   2012
**Date of 1st Publication:**   October 15, 2012
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Jimmy Daly
  **Pseudonym:**   Jim Daly
  **Author Created:**   2-D artwork
  **Citizen of:**   United States
  **Pseudonymous:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Jimmy Daly
2355 Bailey Hill Road, Eugene, OR, 97405, United States

## Rights and Permissions

**Organization Name:**   Ansada Licensing Group, LLC
**Name:**   Angela Sauro Davis
**Address:**   5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:**   David Denholm

Page 1 of 2

**Date:** June 19, 2025
**Applicant's Tracking Number:** JD2025061907



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-177

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Budding Star

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 07, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jimmy Daly
  **Pseudonym:** Jim Daly
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Jimmy Daly
2355 Bailey Hill Road, Eugene, OR, 97405, United States

## Rights and Permissions

**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Sauro Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:** David Denholm

Page 1 of 2

**Date:** June 19, 2025
**Applicant's Tracking Number:** JD2025061901



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-199

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title
_____

**Title of Work:** Go Home

## Completion/Publication
_____

**Year of Completion:** 1994
**Date of 1st Publication:** June 10, 1995
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Jimmy Daly
  **Pseudonym:** Jim Daly
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Jimmy Daly
2355 Bailey Hill Road, Eugene, OR, 97405, United States

## Rights and Permissions
_____

**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Sauro Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification
_____

**Name:** David Denholm

**Date:** June 19, 2025
**Applicant's Tracking Number:** JD2025061903



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-203

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title
**Title of Work:** Home Safe

## Completion/Publication
**Year of Completion:** 2001
**Date of 1st Publication:** September 06, 2013
**Nation of 1st Publication:** United States

## Author
- **Author:** Jimmy Daly
  **Pseudonym:** Jim Daly
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant
**Copyright Claimant:** Jimmy Daly
2355 Bailey Hill Road, Eugene, OR, 97405, United States

## Rights and Permissions
**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Sauro Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification
**Name:** David Denholm

**Date**: June 19, 2025
**Applicant's Tracking Number**: JD2025061905

