IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JIMMY DALY,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-13151

Judge Virginia M. Kendall

Magistrate Judge Keri L. Holleb Hotaling

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 16 | 义乌市玫震贸易有限公司 |
| 17 | qujingyanchaoshangmaoyouxiangongsi |
| 49 | WeaveWonder |
| 52 | MadeOrder |
| 53 | dfgsdhsdfh |
| 54 | FlipFluff |
| 57 | StitchWorks |

DATED:  December 22, 2025 　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　　　　Keith A. Vogt
　　　　　　　　　　　　　　　　　　　　　　　FL Bar No. 1036084/IL Bar No. 6207971
　　　　　　　　　　　　　　　　　　　　　　　Keith A. Vogt PLLC
　　　　　　　　　　　　　　　　　　　　　　　1820 NE 163rd Street, Suite #306
　　　　　　　　　　　　　　　　　　　　　　　North Miami Beach, Florida 33162
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 312-971-6752
　　　　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com


　　　　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 22, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt